OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401603 MAY 22 2015

**5/20/2015
HASTINGS, GARRICK IAN     Tr. Ct. No. 1403750**

COA No. 14-13-00963-CR
PD-0196-15

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

GARRICK IAN HASTINGS

